# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　vs.<br><br>FELIPE ANTONIO JUAREZ AYUSO (1)<br><br>　　　　　　　　　　Defendant | Case No. 21-CR-1322-CAB-1<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUN 16 2021<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged ~~for the reason that:~~

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1-2 - 21:841(a)(1) - Possession of Heroin with Intent to Distribute (Felony)

Ct 3 - 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony)

Date: 6/15/2021

_____
Hon. Allison H. Goddard
United States Magistrate Judge